NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE KUBLER LAW FIRM
Robert A. Kubler CSBN 287578
robertkubler@gmail.com
21250 Hawthorne Blvd Suite 500
Torrance, CA 90503
Telephone: (424) 757-4529
Facsimile: (424)-442-1549

ATTORNEY(S) FOR:  Reginald Tapp

CLEAR FORM

2014 OCT 23  PM 3: 26

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

REGINALD TAPP

Plaintiff(s),

v.

UNITED STATES OF AMERICA

Defendant(s)

CASE NUMBER:

LACV14-8236 JFW (VBKx)

### CERTIFICATION AND NOTICE
### OF INTERESTED PARTIES
### (Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    REGINALD TAPP
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|-------|----------------------|
| NONE  |                      |

BY FAX

10/23/2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

REGINALD TAPP

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES