JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Reginald Tapp,                    )   Case No. **CV 14-8236-JFW (VBKx)**
                                  )
            Plaintiff,            )   **JUDGMENT**
                                  )
      v.                          )
                                  )
United States of America,         )
                                  )
            Defendant.            )
_____  )

The Court, having granted the Defendant United States of America's Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendant United States of America was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Reginald Tapp shall recover nothing from Defendant United States of America;

2.  Defendant United States of America shall have judgment in its favor on Plaintiff Reginald Tapp's entire action; and

        3.   Defendant United States of America shall recover from
Plaintiff its costs of suit in the sum of $_____.




Dated: August 10, 2015          _____
                                     JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE

2